IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | Case No. 24-02652 |
| | ) | |
| PDK, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Randal S. Mashburn |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

>   **TIMOTHY STONE**
>   750 Old Hickory Blvd, Building Two, Suite 150
>   Nashville, Tennessee
>   615-440-8273
>   tstone@newpointadvisors.us

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

>   Respectfully Submitted,
>
>   **PAUL RANDOLPH**
>   ACTING US TRUSTEE, REGION 8
>
>   /s/ *Jeffrey S. Grasl*
>   Jeffrey S. Grasl, Trial Attorney
>   OFFICE OF THE UNITED STATES TRUSTEE
>   701 Broadway, Ste 318
>   Nashville, TN 37203
>   Telephone: (202) 573-6964
>   Fax: (615) 736-2260
>   Email: jeffrey.s.grasl@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | Case No. 24-02652 |
| | ) | |
| PDK, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Randal S. Mashburn |

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $350, in addition to seeking reimbursement for any actual and necessary expenses I incur.

*/s/ Timothy Stone*
Timothy Stone
Managing Director
Newpoint Advisors Corporation
(615) 440 - 8273
tstone@newpointadvisors.us