Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 9/11/2024



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11, Subchapter V |
| **PDK, LLC;** ) | Case No. 3:24-bk-02652 |
| ) | |
| Debtor. ) | Judge Randal S. Mashburn |
| ) | |

## ORDER RESOLVING DEBTOR'S APPLICATION
## TO EMPLOY OJAS PARTNERS, LLC AS LISTING AGENT

THIS MATTER WAS BEFORE THE COURT upon the Debtor's *Application to Employ Ojas Partners, LLC as Listing Agent* [Doc. No. 25] (the "Motion"), which was set for hearing on September 10, 2024 (the "Hearing"). In the Motion, the Debtor sought to retain Ojas Partners, LLC ("Ojas") to assist the Debtor in assuming and either subleasing or assigning its rights as a lessee under certain non-residential real property leases. The only objection filed in opposition to the Motion was the objection (the "Objection") filed by Metropolitan Life Insurance Company ("MetLife")—the lessor of real property located at 7620 Highway 70 S., Nashville, TN 37211 (the "Bellevue Location"). [Doc. No. 37].

Based on the Motion, the Objection, and the representations made at the Hearing by counsel for MetLife and the Debtor, the Court finds it appropriate to (a) grant the relief requested in the Motion as it pertains to all leased real property in which the Debtor asserts rights other than the Bellevue Location, and (b) set a hearing to determine whether to grant the Debtor the relief it seeks as to the Bellevue Location at a date two weeks after the Hearing. Accordingly, the Court hereby ORDERS as follows:

1. The Debtor is authorized to employ Ojas as real estate agent in this matter to market for sublease or assignment the Debtor's lease rights in its current and former operating locations

other than the Bellevue Location. In accordance with Local Rule 6005-1(c), Ojas shall receive compensation in an amount equal to 6% of the gross aggregate lease value upon assignment or sublease, pursuant to the terms of the Representation Agreement.[1]

2. The Court shall conduct a hearing on the retention of Ojas as set forth in the Motion as it pertains to the Bellevue Location on **October 24, 2024, at 9:30 a.m.**, Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203. The Debtor and MetLife reserve the right to continue this hearing by agreement and further order of the Court.

IT IS SO ORDERED.

> THIS ORDER WAS SIGNED AND ENTERED
> ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Henry E. ("Ned") Hildebrand, IV
R. Alex Payne
Henry E. ("Ned") Hildebrand, IV
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 Overlook Boulevard, Suite 316
Brentwood, Tennessee 37027
615.933.5851
alex@dhnashville.com
ned@dhnashville.com
*Counsel for the Debtor*

---

[1] All capitalized terms not specifically defined herein shall have the meaning ascribed to them in the Motion.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.