SO ORDERED.
SIGNED 16th day of October, 2024



*Randal S. Mashburn*
**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PDK, LLC, | ) | Case No. 3:24-bk-02652 |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER REGARDING
## SUBCHAPTER V CONFIRMATION PROCESS

The debtor has filed a Subchapter V plan at Doc. 58. An order establishing voting procedures, objection and voting deadlines, and a confirmation hearing date ("Confirmation Procedures Order") is typically entered at this stage of the proceedings. Before entering such an order, the Court will allow a brief period to determine if there are any preliminary objections to this case moving forward in the confirmation process, including any initial concern about the adequacy or accuracy of disclosures included in the plan. (Although a separate disclosure statement is normally not required in a Subchapter V case, it is still important to assure that sufficient information is provided in the plan.)

Parties will have additional opportunities to object to plan disclosures or to the merits of the plan in connection with an objection deadline that will be set prior to a confirmation hearing. However, the Court will defer entry of the Confirmation Procedures Order until after **October 23, 2024**. If a party files an objection to entry of a Confirmation Procedures Order, the Court will promptly set a hearing. If no objection is timely filed, the Court will enter a Confirmation Procedures Order that sets certain dates and deadlines for serving the plan and ballots, voting on the plan, objecting to the plan, and conducting a confirmation hearing.

IT IS SO ORDERED.